PER CURIAM.
 

 The petition for belated appeal is granted because the trial court’s denial order failed to inform petitioner that he had thirty days to appeal. A copy of this
 
 *707
 
 opinion will be filed with the lower court and be treated as the notice of appeal from the denial of his rule 3.800(a) motion for post-conviction relief in Case Nos. 03-3900-CF-A-X; 03-3753-CF-A-X; 03-3660-CF-A-X; 03-3715-CF-A-X; 03-3661-CF-A-X; 03-3691-CF-A-X; 03-3658-CF-A-X; 03-3692-CF-A-X; 03-3659-CF-A-X; and 03-3662-CF-A-X in the Circuit Court in and for Marion County.
 
 See
 
 Fla. R.App. P. 9.141(c)(5)(D).
 

 PETITION GRANTED.
 

 SAWAYA, LAWSON and JACOBUS, JJ., concur.